1084

No. 93–1499. WHEELER v. NEBRASKA STATE BAR ASSN. Sup. Ct. Neb. Certiorari denied.

No. 93–1501. ZIEGLER v. BOARD OF BAR EXAMINERS OF DELAWARE. Sup. Ct. Del. Certiorari denied.

No. 93–1502. SAMURA v. KAISER FOUNDATION HEALTH PLAN, INC., ET AL. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 93–1506. MICKLER v. NIMISHILLEN & TUSCARAWAS RAILWAY CO. C. A. 6th Cir. Certiorari denied.

No. 93–1507. REISKIN ET AL. v. DEPARTMENT OF WATER SUPPLY/MAUI COUNTY, ET AL. Sup. Ct. Haw. Certiorari denied.

No. 93–1509. KEE v. PROVIDENT LIFE & ACCIDENT INSURANCE CO. C. A. 11th Cir. Certiorari denied.

No. 93–1512. INTERSTATE INDEPENDENT CORP. ET AL. v. OHIO EX REL. ROSZMANN, PROSECUTING ATTORNEY, FAYETTE COUNTY, OHIO. Ct. App. Ohio, Fayette County. Certiorari denied.

No. 93–1514. MAGNOLIA COURT APARTMENTS, INC. v. CARLSON, COMMISSIONER, DEPARTMENT OF HOUSING OF ATLANTA, ET AL. Ct. App. Ga. Certiorari denied.

No. 93–1515. MEGGERS ET AL. v. EXXON CO. U. S. A. ET AL. Sup. Ct. Va. Certiorari denied.

No. 93–1517. PAYNE v. NEWPORT NEWS SHIPBUILDING & DRY DOCK CO., INC. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 93–1518. CONSTANT v. ADVANCED MICRO-DEVICES, INC., ET AL. C. A. 9th Cir. Certiorari denied.

No. 93–1520. ATTORNEY GENERAL OF NEW YORK v. MOODY. Ct. App. N. Y. Certiorari denied.